**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Randeep Kumar,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-06242-PHX-GS

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) Petitioner requests immediate release. (*Id.* at 24, ¶ 4.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 5 at 2.) In response, Respondents concede: "Respondents do not oppose the habeas petition or Petitioner's requested relief, and notes that based on information from Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, Department of Homeland Security, a bond hearing is already scheduled for Petitioner for September 11, 2026." (Doc. 8 at 1.) The Court interprets this concession as non-opposition to the Petition.

**IT IS ORDERED:**

(1) Petitioner's Verified Petition for Habeas Corpus (Doc. 1) is GRANTED.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

(3) Contemporaneously with Petitioner's release, Respondents must also return all of Petitioner's personal property, including his California commercial driver's license and Employment Authorization Document.

(4) Respondents must file a Notice of Compliance within **two days** of this Order.

(5) Any pending motions are denied as moot, and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 11th day of September, 2026.

Honorable Greg Sakall
United States Magistrate Judge